**UNITED STATES COURT OF APPEALS**

**FIFTH CIRCUIT**

_____

No. 97-40124
_____

UNITED STATES OF AMERICA,

                    Plaintiff-Appellee,

versus

ANTHONY RAY STEVENSON,

                    Defendant-Appellant.

Appeal from the United States District Court
for the Eastern District of Texas
(4:96-CR-39)
November 10, 1997

Before EMILIO M. GARZA, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    AFFIRMED. See 5TH CIR. R. 47.6.

---

    [*]    Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.